**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| HAZELWOOD LOGISTICS CENTER LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS UNION INSURANCE COMPANY, )<br>)<br>Defendant. ) | No. 4:13-CV-2572 CAS |

**MEMORANDUM AND ORDER**

This diversity matter is before the Court on defendant's Amended Notice of Removal filed in response to the Court's Order Concerning Removal. Plaintiff did not file a response and the time to do so has passed.

The Order Concerning Removal noted that questions existed concerning complete diversity of citizenship as well as the timing of the notice of removal, and directed defendant to file (1) an Amended Notice of Removal to allege jurisdictional facts establishing plaintiff's members' citizenship both at the time of filing and the time of removal, and (2) the timeliness of removal.

Following careful review, and in the absence of any contradiction by plaintiff, the Court finds that defendant has alleged complete diversity of citizenship both at the time of filing and the time of removal, and that removal was timely. As a result, the Court concludes that it has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), and that the stay previously imposed in the case should be lifted.

Accordingly,

**IT IS HEREBY ORDERED** that the stay previously imposed in this matter is **lifted**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 16th day of January, 2014.